UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-222 (8) (JNE/JGL)

United States of America,

Plaintiff,

**BUSTOS TRAVEL MOTION**

vs.

Norma Bustos a/k/a Norma Murga,

Defendant.

Defendant Norma Linda Bustos, by and through undersigned local Minnesota counsel, hereby moves this Court to permit Norma Linda Bustos to travel from November 11, 2004 until November 14, 2004 to Beaumont, Texas for the purpose of visiting her husband Fortino Murga Ruiz. U.S. Pretrial Services Officer David Drake has expressed no objection and Assistant United States Attorney Christian Wilson has been requested to alert this Court of his consent.

Dated: November 9, 2004

Respectfully submitted,

**WILLIAM M. ORTH**

By s/William M. Orth

William M. Orth
MN No. 127504; WI No. 1019335
247 Third Avenue South
Minneapolis, MN 55415
(612) 333-6440

Attorney for Defendant