UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-222 (8) (JNE/JGL)

United States of America,

Plaintiff,

**BUSTOS CERTIFICATE OF SERVICE**

vs.

Norma Bustos a/k/a Norma Murga,

Defendant.

I hereby certify that on November 9, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christian S. Wilton, Esq., Assistant United States Attorney.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

The Honorable Joan N. Ericksen
United States District Court

Dated: November 9, 2004

Respectfully submitted,

**WILLIAM M. ORTH**

By s/William M. Orth

William M. Orth
MN No. 127504; WI No. 1019335
247 Third Avenue South
Minneapolis, MN 55415
(612) 333-6440

Attorney for Defendant