UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-222(08) (JNE/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

ORDER

v.

NORMA BUSTOS,
a/k/a Norma Linda Murga,
a/k/a Norma Linda Ruiz,
a/k/a Norma Murga Ruiz,

Defendant.

Upon Defendant Bustos Travel Motion and there being no objection by the United States of America,

**IT IS HEREBY ORDERED** that Defendant Bustos Travel Motion (Doc. #299) is **GRANTED.**

Dated: November 10, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge