**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, 02cr222(8) (JNE/JGL)

Plaintiff,

V. **NOTICE OF SENTENCING**

NORMA LINDA BUSTOS,

Defendant.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **SENTENCING** on Thursday, February 10, 2005 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: January 28, 2005.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

TO: Mr. Chris Wilton
Mr. William M. Orth
Mr. Jose R. Flores
Mr. Darren F. Kerns, Probation Officer