**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

NORMA LINDA BUSTOS,

Defendant.

02CR222(8) (JNE/JGL)

**AMENDED NOTICE OF SENTENCING**

---

**TAKE NOTICE** that the above entitled matter is **re-scheduled** for **SENTENCING** to Friday, February 11, 2005 at 10:00 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: February 3, 2005.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

cc: Mr. Christ Wilton
Mr. William M. Orth
Mr. Jose R. Flores
Mr. Darren F. Kerns, Probation Officer