```
[rcptrec]                     CFS-1 V8.2 -- Minnesota          4 AUG 2005 - 09:33
[I]NQUIRE                       Receipt Maintenance
REGISTER NO     :300
RECEIPT NO      :147311
RECEIPT SUB NO :1         RECEIPT TYPE: C    RECEIPT DATE:08/02/05
TENDER TYPE:2             RECEIPT AMT:      10,000.00

FUND       :604700  CASE NO:0:02-CR-00222    PAYMENT TYPE:4
                    DEFENDANT:8
                    BANK CODE:        BANK ACCOUNT:

VOUCHER NO  :0        PAYOR NO:
SUB VOUCHER :0        VENDOR INV:0
FY:     BUDGET ORG:         BUDGET OBJ CLASS:       SUB OBJ CLASS:
        COST ORG  :         REVENUE SOURCE  :
REMARKS:NORMA LINDA BUSTOS 02CR222(8)
REMARKS:CASH BAIL
                            POSTED DATE:**/**/**    ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:      1 selected:      1 current:     1
```

CR02-222(8)JNE/JGL

SCANNED
AUG 04 2005
U.S. DISTRICT COURT ST. PAUL