# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

REDACTED

United States of America,
Plaintiff,

vs.

NORMA LINDA BUSTOS

Defendant.

CRIMINAL CASE NO. 02-222(8) JNE/JGL

**PETITION AND ORDER TO RELEASE CASH BAIL**

RECEIVED BY MAIL
MAR 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Petitioner must fully complete sections 1 and 2 and forward to the Clerk's Office at 316 North Robert Street, Room 700, St. Paul, MN 55101 for completion of sections 3 and 4.

1. I, Norma Linda Bustos (Defendant) having deposited the sum of Ten Thousand & 00/cents Dollars ($ 10,000.00) as cash in lieu of bail, in the Registry of this Court in the above-entitled cause, and

Whereas said matter was terminated on Feb.11,2005, at which time the following sentence was imposed.

2. Therefore, I do now petition the Court to discharge and exonerate said bail, and that the Clerk of this Court be directed to pay from said deposit, the sum of $______ in payment of the fine imposed, and that he be further directed to pay the balance on deposit of $ 10,000.00, if any, to :

**PAYEE AND ADDRESS:**
Rosanna Bustos
[redacted]
Hidalgo, TX [redacted]

Date: 3-7-05

Norma L B Myers
Signature of Defendant

3. I certify that I have checked the above information and find it to be true and correct according to the original documents on file in this action and that the sum of $ 10,000.00 is presently on deposit in the Registry of this Court.

Date: August 2, 2005

Signature of Deputy Clerk

**APPROVED BY ASSISTANT U.S. ATTORNEY**

4. Date: 8/4/05

Signature of Assistant U.S. Attorney

SCANNED
AUG 16 2005
U.S. DISTRICT COURT ST. PAUL

## IT IS ORDERED THAT:

The Clerk of Court pay out said cash now on deposit in the above-entitled cause, in accordance with the above petition.

Date: August 15 2005

U.S. District Court Judge

AUG 15 2005
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

n:\forms\cashbail

RECEIVED
BY MAIL
MAR 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No. **02-222 (JEL/JGL)** |
| | § | (M-03-1268-M) |
| vs. | § | Pending in the District of Minnesota |
| | § | |
| **NORMA LINDA BUSTOS** | § | St. Paul, MN |

Bond Set: $100,000.00 ($10 % Deposit)

**AFFIDAVIT OF OWNERSHIP OF SECURITY FOR APPEARANCE BOND**

I, Rosanna Bustos, on oath hereby declare that I am the owner of **$10,000.00** deposited as security on the bond for the above named defendant with Cashier's Check(s) or Money Order(s) No(s). 44278 ($2,000) and 44273 ($8,000) drawn on Lone Star National Bank at McAllen, TX. Said bank deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Rosanna Bustos
[redacted]
Hidalgo, TX [redacted]
cell #s 956-330-1332 or 956-874-8185

I, Rosanna Bustos, as owner, hereby subject said funds to the provisions of Local Rule 15 and consent and agree that in case of default or contumacy on the part of the principle, the Court may, upon notice to me of not less than 10 days, proceed summarily and render judgment against said security in accordance with the owner's objection herein and award execution thereon.

Rosanna Bustos
**Rosanna Bustos,** owner

SWORN TO AND SUBSCRIBED BEFORE ME ON March 13, 2003

MICHAEL N. MILBY, CLERK

BY: Hilda Garza
Hilda Garza

/hg

**Additional Conditions of Release** NORMA LINDA BUSTOS

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICES U.S. ATTORNEY U.S. MARSHAL

AO 199C (Rev.6/97) Advise of Penalties . . . Page 3 of 3 Pages

RECEIVED
BY MAIL
MAR 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

## Advice of Penalties and Sanctions

TO THE DEFENDANT: **NORMA LINDA BUSTOS** (02-222 (JEL/JGL) D/MN, ST. PAUL )

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Signature: **NORMA LINDA BUSTOS**

[redacted]
Address

ALAMO, TX [redacted] (956)283-9200
City and State Telephone

## Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.

(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: March 13, 2003

Signature of Judicial Officer
**Dorina Ramos,**
**United States Magistrate Judge**
Name and Title of Judicial Officer

/lc

*DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL*