# UNITED STATES DISTRICT COURT
## District of Minnesota

**REDACTED**

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

August 17, 2005

Rosanna Bustos

RE: USA v Norma Linda Bustos
Case Number: 0:02-CR-0222 (8) JNE/JGL

Dear Ms. Bustos:

Please find enclosed U.S. Treasury check number 00269074 in the amount of $10,000.00 issued to release the bond posted in this case. We are releasing the funds per a Court Order dated August 15, 2005.

If you have any questions, please call me at 612-664-5184.

Sincerely,

UNITED STATES DISTRICT COURT

By: Jennifer Nurnberger
Financial Technician

Enclosure

SCANNED
AUG 1 9 2005
U.S. DISTRICT COURT MPLS